UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                   Case No.     91-CR-253

CARL LEO DAVIS - 03253-089,

    Defendant.

CARL LEO DAVIS - 03253-089,

    Petitioner,

v.                                                                     Case No.     16-C-747

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

On October 8, 2018, the parties filed a stipulation asking this Court to impose a sentence of time served on all counts in casse 91-CR-253, along with the conditions of supervised release proposed by the probation office and an additional condition requiring Mr. Davis to spend 180 days in a home detention program that may include location monitoring. The parties also agree that the judgment should specify that Mr. Davis may visit his father in Oklahoma, including during the first 60 days of supervised release. The Court will accept the parties' stipulation, and issue an amended judgment accordingly.

Therefore, IT IS ORDERED that the parties' stipulation and agreement for time-served sentences is hereby ADOPTED. IT IS FURTHER ORDERED that the Clerk of the Court issue an amended judgment as to Carl Leo Davis in Case No. 91-cr-253, specifying a sentence of "time served," for all counts of conviction.

IT IS FURTHER ORDERED that the amended judgment contain the conditions of supervised release contained in the United States Probation Office memorandum filed with the Court at ECF No. [44] of the criminal case. But condition #2 is modified to read that the defendant is permitted to visit his father in Oklahoma, including during the first 60 days of supervised release, with his supervising probation officer's knowledge and permission.

Dated this   10th   day of October, 2018.

            s/ William C. Griesbach
            William C. Griesbach, Chief Judge
            United States District Court